B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Admiral Wine and Liquor Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**EIN 22-1657942** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**79 Sand Park Road**<br>**Cedar Grove, NJ**<br>ZIP Code **07009-1210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Admiral Wine and Liquor Co.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Admiral Wine and Liquor Co.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Kenneth A. Rosen_____
Signature of Attorney for Debtor(s)
**Kenneth A. Rosen (KR 4963)**
Printed Name of Attorney for Debtor(s)
**Lowenstein Sandler PC**
Firm Name
**65 Livingston Avenue**
**Roseland, NJ 07068**

Address

**973-597-2500  Fax: 973-597-2400**
Telephone Number

Date 11/12/10

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Michael Zeiger_____
Signature of Authorized Individual
**Michael Zeiger**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual

Date 11/12/10

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)
☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.
☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of New Jersey

In re   **Admiral Wine and Liquor Co.**                                              Case No. _____
                                       Debtor(s)                                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tosti<br>Viale Italia 295 - 14053 Canelli (Asti)<br>ITALIA | Tosti<br>Viale Italia 295 - 14053 Canelli (Asti)<br>ITALIA<br>0141 822011 | Goods provided | Disputed | 1,250,000.00 |
| Caves Da Cerce<br>Quinta do Reguengo da Capela<br>Rue Ponte de Pego #704, Amarante<br>PORTUGAL | Caves Da Cerce<br>Quinta do Reguengo da Capela<br>Rue Ponte de Pego #704, Amarante<br>PORTUGAL<br>351-255-432-164 | Goods provided | | 625,974.00 |
| Fabiano<br>Via Verona, 6 37060<br>Sona-Verona<br>ITALIA | Fabiano<br>Via Verona, 6 37060 Sona-Verona<br>ITALIA<br>045/608.11.11 | Goods provided | | 557,111.00 |
| Canadian Iceberg<br>23 Lesmill Road, Suite 304<br>Toronto Ontario M3B 3P6<br>CANADA | Canadian Iceberg<br>23 Lesmill Road, Suite 304<br>Toronto Ontario M3B 3P6<br>CANADA<br>416-443-6200 | Goods provided | | 366,880.00 |
| Castellani<br>Fraz. S. Lucia, 1 P.O. Box 20, 56025<br>Pontedera (Pi)<br>ITALY | Castellani<br>Fraz. S. Lucia, 1 P.O. Box 20, 56025<br>Pontedera (Pi)<br>ITALY<br>39-0587-29 29 00 | Goods provided | | 231,207.00 |
| Bacalhoa<br>Estrada Nacional 10, Apartado 54,<br>2925-901 Vila Nogueira de Azeitao<br>PORTUGAL | Bacalhoa<br>Estrada Nacional 10, Apartado 54,<br>2925-901 Vila Nogueira de Azeitao<br>PORTUGAL<br>351-212198060 | Goods provided | | 202,211.00 |
| Real Compania Velha<br>Rua Azevedo Magalhaes 314 Apartado 22<br>4430-022 Vila Nova De Gaia<br>PORTUGAL | Real Compania Velha<br>Rua Azevedo Magalhaes 314 Apartado 22<br>PORTUGAL<br>351 22 3775146/00 | Good provided | | 167,225.00 |

\* The amount of each of these claims are estimated based on a Euro conversion rate of $1.40 Euro.

B4 (Official Form 4) (12/07) - Cont.

In re   **Admiral Wine and Liquor Co.**   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Berentzen<br>Ritterstrasse 7, D-49740<br>Haselunne<br>GERMANY | Berentzen<br>Ritterstrasse 7, D-49740 Haselunne<br>GERMANY<br>49(0)5961 502-0 | Goods provided | | 157,963.00 |
| Gori<br>80 River Road<br>Hoboken, NJ 07030 | Gori<br>80 River Road<br>Hoboken, NJ 07030<br>201-653-6800 | Goods provided | | 139,000.00 |
| Luis Felipe Edwards<br>Av. Vitacura 4130 -<br>Vitacura-Santiago<br>CHILE | Luis Felipe Edwards<br>Av. Vitacura 4130 - Vitacura-Santiago<br>CHILE<br>(562) 433 5700 | Goods provided | | 127,750.00 |
| Tishbi<br>Hameyasdim33:Zichron<br>Yaakov 30900<br>ISRAEL | Tishbi<br>Hameyasdim33:Zichron Yaakov 30900<br>ISRAEL<br>972-4-6380434 | Goods provided | | 115,000.00 |
| Josef Brigl<br>Strada Madonna del Riposo<br>3,I-39057 S. Michele/Appiano<br>ITALIA | Josef Brigl<br>Strada Madonna del Riposo<br>3,I-39057 S. Michele/Appiano<br>ITALIA<br>0471 662419 | Goods provided | | 97,765.00 |
| Jacopo Biondi Santi<br>Via Postierla, 1 - 53024<br>Montalcina (SI)<br>ITALIA | Jacopo Biondi Santi<br>Via Postierla, 1 - 53024 Montalcina (SI)<br>ITALIA<br>0577/848238 | Goods provided | | 89,278.00 |
| Finca Agostino<br>Carril Barrancas 10590<br>Barrancas - Maipu Mendoza<br>ARGENTINA | Finca Agostino<br>Carril Barrancas 10590<br>Barrancas - Maipu Mendoza<br>ARGENTINA<br>516-869-9170 | Goods provided | | 87,693.00 |
| Sobel & Co.<br>293 Eisenhower Parkway<br>Livingston, NJ 07039 | Sobel & Co.<br>293 Eisenhower Parkway<br>Livingston, NJ 07039<br>973-994-9494 | Goods provided | | 86,693.00 |
| SMB Consultants<br>113 Kentwood Way<br>Alabaster, AL 35007 | SMB Consultants<br>113 Kentwood Way<br>Alabaster, AL 35007<br>205-432-8349 | Goods provided | | 77,000.00 |
| Josef Drathen<br>Flienhburgstrasse 23, 56856<br>Zell<br>GERMANY | Josef Drathen<br>Flienhburgstrasse 23, 56856 Zell<br>GERMANY<br>(0 65 42) 700-0 | Goods provided | | 61,326.00 |
| S.I.V. S.P.A.<br>Via Vito Curatolo Arini,<br>5-Casella Postale n. 99,91025<br>Marsala TP<br>ITALY | S.I.V. S.P.A.<br>Via Vito Curatolo Arini,<br>5-Casella Postale n. 99,91025 Marsala TP<br>ITALY<br>0923/989400 | Goods provided | | 52,320.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Admiral Wine and Liquor Co.**          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Fazi Battaglia<br>Largo Amilcare Ponchiello, 6<br>00198 Roma<br>ITALY | Fazi Battaglia<br>Largo Amilcare Ponchiello, 6 00198 Roma<br>ITALY<br>6844311 | Goods Provided | | 48,356.00 |
| Bodegas Franco Espanolas<br>Cabo Noval, 2, 26009 Logrono (La Rioja)<br>ESPANA | Bodegas Franco Espanolas<br>Cabo Noval, 2, 26009 Logrono (La Rioja)<br>ESPANA<br>941 31 05 50 | Goods provided | | 43,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____11/12/10_____        Signature _/s/ Michael Zeiger_____

**Michael Zeiger**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re  **Admiral Wine and Liquor Co.**,
Debtor

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Zeiger<br>74 Sand Park Road<br>Cedar Grove, NJ 07009-1210 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11/12/10            Signature  /s/ Michael Zeiger
                                     **Michael Zeiger**
                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re **Admiral Wine and Liquor Co.**
                                Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Admiral Wine and Liquor Co.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date  11/12/10

Kenneth A. Rosen (KR 4963)
Signature of Attorney or Litigant
Counsel for **Admiral Wine and Liquor Co.**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
973-597-2500 Fax:973-597-2400

# RESOLUTION OF BOARD OF DIRECTORS OF
# ADMIRAL WINE AND LIQUOR CO.

The undersigned, being the President and Secretary of Admiral Wine and Liquor Co., a New Jersey corporation (the "Company"), does hereby certify that at a meeting of the Board of Directors (the "Board") held on the 12th day of November, 2010, the following Resolutions were proposed and adopted by a majority vote of all directors present:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, IT IS:

RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, and its creditors, stockholder and other interested parties, that a voluntary petition be filed by the Company and certain subsidiaries under the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED FURTHER that Michael Zeiger, President and Secretary, and such other officers or persons as the President directs (each, an "Officer" and collectively, the "Officers") be, and each are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the law firm of Lowenstein Sandler PC be employed as bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the chapter 11 proceeding, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler PC;

RESOLVED FURTHER, that GRL Capital Advisors, LLC is hereby retained as financial advisor to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company; and

-2-

RESOLVED FURTHER, that the Officers of the Company be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER, that the Officers of the Company be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER, that the Officers of the Company are authorized to enter into a post-petition financing agreement with Michael Zeiger.

RESOLVED FURTHER, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

RESOLVED FURTHER that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Board.

RESOLVED FURTHER that this certification may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

In certification of these Resolutions of the Board, I do set my hand and seal this 12th day of November, 2010.

_____
Michael Zeiger
President and Secretary